

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-00219-CV

Style:      Anne Moreland Dorai

     **v** Suri Dorai

Date motion filed[*]:      May 28, 2013

Type of motion:      Motion for leave to withdraw as attorneys-in-charge for the appellant

Party filing motion:      Appellant's counsel

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

     ☑    Granted

         If document is to be filed, document due:

         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐       Denied

     ☐       Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

     ☐       Other: _____

     **William J. Robertson and John C. Osborne's motion to withdraw is granted. Counsel must still comply with the requirements of Texas Rule of Appellate Procedure 6.5(c). *See* TEX. R. APP. P. 6.5(c).**

Judge's signature:    <u>/s/ Laura Carter Higley</u>
         ☑ Acting individually      ☐ Acting for the Court

Date: <u>May 31, 2013</u>

November 7, 2008 Revision